WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-50135-PHX-DLR |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Anthony Alexander Marquez, | |
| Defendant. | |

A detention hearing on the Petition on Supervised Release were held on May 8, 2018.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 8th day of May, 2018.

Honorable John Z. Boyle
United States Magistrate Judge